| PROB 22 (Rev. 2/88) - pg | | CASE NUMBER *(Tran. Court)* 2:99CR00119-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** REC'D-PROB 2007 SEP 24 PM 3:35 | | CASE NUMBER *(Rec. Court)* CR07-138 |
| NAME AND ADDRESS OF SUPERVISED RELEASEE: Jemeal Stokes Newark, DE 19713 REDACTED | DISTRICT Eastern District of Pennsylvania USDC-PHILA | DIVISION |
| | NAME OF SENTENCING JUDGE The Honorable Robert F. Kelly | |
| | DATES OF SUPERVISED RELEASE: | FROM 04/12/2003 / TO 04/11/2013 |

OFFENSE

Distribution of cocaine base; distribution within 1,000 feet of a school; possession of cocaine base with intent to distribute; possession of cocaine base with intent to distribute within 1,000 feet of a school; and aiding and abetting.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the D/DE-Wilmington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Sept. 17, 2007                    Robert F. Kelly
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE D/DE-Wilmington

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
Effective Date                   United States District Judge

FILED
OCT 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE